IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>JOE RESENDEZ,<br><br>　　Defendant and Judgment Debtor,<br><br>ALIANZA RECYCLING AND RECOVERY,<br><br>　　　　　　　　　Garnishee. | Case No.: 2:15MC0040-MCE-CKD<br><br>**ORDER TERMINATING WAGE GARNISHMENT**<br><br>Criminal Case No. 2:07CR00459-MCE |

　　The Court, having reviewed the court files and the United States' Application for Order Terminating Wage Garnishment (the "Application"), and finding good cause therefrom, hereby GRANTS the Application. The Writ of Garnishment issued under this miscellaneous case number against Joe Resendez is hereby TERMINATED pursuant to 28 U.S.C. §3205(c)(10)(B) and this case is hereby CLOSED.

IT IS SO ORDERED.

Dated:  September 25, 2015

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　CAROLYN K. DELANEY
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

Order Terminating Wage Garnishment